Case 1:14-cv-00379-PAB-KMT   Document 47   Filed 10/09/14   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00379-PAB-KMT

PROFESSIONAL BULL RIDERS, INC., a Colorado corporation,

    Plaintiff,

v.

MURCIELAGO, INC., a Nebraska corporation, and
MR. MICHAEL MALCOM, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on a Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 10] filed by plaintiff Professional Bull Riders, Inc. Plaintiff's motion seeks, among other things, to enjoin defendants from using certain trademarks that allegedly belong to plaintiff. The Court originally set a hearing on plaintiff's motion for April 4, 2014. Docket No. 20. On April 2, 2014, defendants filed a motion to continue the hearing. Docket No. 26. The Court vacated the April 4, 2014 hearing and directed counsel for both parties to jointly contact Chambers to reschedule the hearing. Docket No. 27. Counsel has not attempted to reschedule the hearing. On October 17, 2014, the Court will deny plaintiff's motion as moot, unless, before that date, plaintiff shows otherwise.

    It is so **ORDERED**.

    DATED October 9, 2014.