IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00379-PAB-KMT

PROFESSIONAL BULL RIDERS, INC., a Colorado corporation,

    Plaintiff,

v.

MURCIELAGO, INC., a Nebraska corporation, and
MR. MICHAEL MALCOM, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 10] filed by plaintiff Professional Bull Riders, Inc. Per the Court's October 9, 2014 Minute Order [Docket No. 47], it is

    **ORDERED** that plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 10] is **DENIED** as moot.

    DATED October 20, 2014.