IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-00379-PAB-KMT | Date: | August 17, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*          *Counsel:*

PROFESSIONAL BULL RIDERS, INC., a Colorado corporation,     Juliet Cox *(by telephone)*

   Plaintiff,

v.

MURCIELAGO, INC., a Nebraska corporation, and MR. MICHAEL MALCOM, an individual,     Julie Richards

   Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**1:31 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

**ORDERED:** Plaintiff's Unopposed Motion for Transfer of Interest [90] is GRANTED. Professional Bull Riders, LLC shall be substituted as the Plaintiff in this action. The case caption shall be updated accordingly.

Discussion and argument regarding Defendant Michael Malcom's deposition,

**ORDERED:** Plaintiff PBR's Motion for Sanctions Against Defendants [93] is GRANTED. Plaintiff is awarded as a sanction its reasonable costs and fees associated with the preparation and presentation of its response to Defendants' Motion for Protective Order and Request for Extension of Time to Conduct Discovery (Filed Under Restriction – Level 1) [87] and the Response [98] they filed to Defendants' Status Report as well as the costs and fees associated with bringing the Motion for Sanctions [93]. Plaintiff shall submit an accounting of reasonable costs and fees on or before August 24, 2015. Any objections to the accounting shall be filed by Defendants on or before August 31, 2015.

**ORDERED:** Defendants' Motion for Protective Order and Request for Extension of Time to Conduct Discovery (Filed Under Restriction – Level 1) [87] is GRANTED IN PART AND DENIED IN PART.  The deposition of Defendant Michael Malcom, as an individual and a corporate representative, and Plaintiff's Rule 30(b)(6) deposition shall be completed on or before October 9, 2015.  The deposition of Mr. Malcom and the Rule 30(b)(6) witness shall each not exceed a total of seven hours.

**ORDERED:** The dispositive motions deadline is extended to November 9, 2015.

**ORDERED:** Telephonic Final Pretrial Conference is set for January 12, 2016 at 10:30 a.m.  The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven days before the Final Pretrial Conference.

The parties anticipate no more than one week for trial.

**2:22 p.m.     Court in recess.**

Hearing concluded.
Total in-court time    00:51

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.